RUTH LIPTON, Individually and as Executrix of CONRAD LIPTON, Deceased, et al., Respondents, *v.* LOCKHEED AIRCRAFT CORPORATION et al., Defendants, and CURTISS-WRIGHT CORPORATION, Appellant.

Argued May 27, 1954; decided July 14, 1954.

*Harold W. Hayman* and *William A. Hyman* for respondents.

*Ralph L. McAfee, George M. Billings, Edward Q. Carr, Jr.,* and *John G. Williams* for appellant.

Order affirmed, with costs. First question certified answered in the negative; second and third questions certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.